Kerry K. Fennelly (SBN 232621)
kfennelly@kraw.com
Jasleen D. Ahuja (SBN 285419)
jahuja@kraw.com
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100 tel
(760) 747-1188 fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION STEEL – POST TENSION, LLC, a Nevada limited liability company <br><br> Defendant. | Case No.: 2:19-cv-00221-PA (GJSx) <br><br> NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT PRECISION STEEL - POST TENSION, LLC <br><br> Date: September 16, 2019 <br> Time: 1:30 pm <br> Courtroom: 9A <br><br> Judge Percy Anderson <br><br> Complaint Filed: January 10, 2019 <br> Trial Date: None |

TO DEFENDANT PRECISION STEEL – POST TENSION, LLC:

PLEASE TAKE NOTICE that on September 16, 2019 this matter shall be heard by the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Courtroom 9A, before the Honorable Percy Anderson. Plaintiffs the BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST (each "Trust Fund" and collectively "Trust Funds" or "Plaintiffs") present their Motion for Default Judgment against Defendant PRECISION STEEL – POST TENSION, LLC a Nevada limited liability company (hereafter "Defendant" or "Precision Steel").

The Motion for Default Judgment is based on the within Notice, and the accompanying Memorandum of Points and Authorities, and Declarations of Mark Ellis and Jasleen D. Ahuja, Esq., as well as the pleadings on file in this action, and other matters that may be presented.

Plaintiffs present proof of the following:

1. Defendant is not an infant or incompetent person or in military service or otherwise exempt under the Soldiers' and Sailors' Civil Relief Act of 1940.

2. Plaintiffs' Complaint was filed herein on January 10, 2019 (ECF No. 1), and Defendant has not appeared in this action.

3. On July 16, 2019, the Clerk entered Default against Defendant (ECF No. 18).

4. Plaintiffs served this Notice of Motion for Default Judgment on Defendant as shown in the Proof of Service filed herein.

5. Plaintiffs are entitled to a judgment on account of the claims pled in the Complaint, that Defendant is bound by the terms and provisions of the Iron Workers Independent Agreement ("Independent Agreement") and the Contributing Employers Agreement, which incorporate the terms and conditions of the operative collective bargaining agreement known as the Iron Worker Employers State of California and a Portion of Nevada . . . and District Council of Iron Workers of the State of California and Vicinity Agreement ("Master Agreement") and Declarations of Trust for each of the Trust Funds ("Trust Agreements") (together collectively the "Agreements"). Under the Agreements, Defendant is required to submit monthly remittance reports, make fringe benefit contribution payments to the Trust Funds, pay liquidated damages for the detriment caused by failure to pay contributions and other amounts owed to the Trust Funds in a timely manner, and submit its books and records to the Trust Funds for examination and audit. Defendant has failed to make timely contributions in the amounts required by the Agreements for the period of at least October 2018 through December 2018 and has failed to submit to an audit of its books and records for the time period of February 2018 to the present. As such, Defendant is in breach of contract and in violation of section 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1145, and Plaintiffs are entitled to the contributions, liquidated damages, interest, attorney's fees and costs from Defendant as well as an order compelling Defendant to submit to an audit pursuant to said Agreements and ERISA section 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2).

6. As set forth in the Declaration of Mark Ellis, the amount of unpaid contributions sought is $1,428.45.

7. As set forth in the Declaration of Mark Ellis, the total amount of liquidated damages sought is $954.09.

8. As set forth in the Declaration of Mark Ellis, the total amount of interest sought is $93.16 accrued through July 18, 2019.

9. Therefore, the amount of the judgment sought is as follows:

| | |
|---|---|
| Contributions: | $1,428.45 |
| Liquidated Damages: | $954.09 |
| Interest: | $93.16 |
| Judgment: | $2,475.70 |

10. As set forth in the Declaration of Jasleen D. Ahuja, Esq., the total amount of costs sought is $1,025.00.

11. Pursuant to Local Rule 55-3, because the amount of the judgment sought is between $1,000 and $10,000, the amount of attorney's fees sought is $300 plus 10% of the amount awarded over $1,000. Thus, the total attorney's fees sought is $547.57 ($300 plus 10% of the amount awarded over $1,000, which amounts to $247.57).

12. Accordingly, the total amount of the judgment sought is: $4,048.27.

Dated: August 14, 2019            /s/ Jasleen D. Ahuja
                                                         Kerry K. Fennelly
                                                         Jasleen D. Ahuja
                                                         Kraw Law Group, APC
                                                         Attorneys for Plaintiffs

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1017 East Grand Avenue, Escondido, CA 92025; I am employed in the office of a member of the bar of this Court at whose direction I served a copy, including all exhibits, if any, on August 14, 2019, of the following document(s):

1. **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
3. **DECLARATION OF MARK ELLIS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
4. **DECLARATION OF JASLEEN D. AHUJA, ESQ. IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**
5. **[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**
6. **[PROPOSED] JUDGMENT AGAINST DEFENDANT**

by placing a true copy thereof in an envelope addressed to the person(s) named below at the address(es) shown:

**Precision Steel – Post Tension, LLC**
**ATTN: Daniel E. Johnson**
**3157 N. Rainbow Boulevard, Suite 269**
**Las Vegas, NV 89108-4578**

[X]  **By United States mail:** I placed a true copy in a sealed envelope or package addressed to the person at the address indicated above on the above-mentioned date and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[]  **By Facsimile:** From facsimile machine telephone number (760) 747-1188, on the above-mentioned date, I served a full and complete copy of the above-referenced document(s) by facsimile transmission to the person(s) at the number(s) indicated.

[]  **By Next Day Mail:** I placed a true copy in a sealed envelope addressed as indicated above on the above-mentioned date. I am readily familiar with this firm's practice of collection and processing of correspondence for delivery by next day mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours with a fully completed air bill under which all delivery charges are paid by this firm that same day in the ordinary course of business.

[]  **By Electronically Serving Using CM/ECF System:** I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email address(es):

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on **August 14, 2019,** at Escondido, California.

                                                    */s/ Olivia Martinez*
                                                  Olivia G. Martinez