**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, , | No. CV 19-221 PA (GJSx)<br><br>JUDGMENT |
| Plaintiffs, | |
| v. | |
| PRECISION STEEL – POST TENSION, LLC, a Nevada limited liability company, | |
| Defendants. | |

In accordance with the Court's Order granting the Motion for Default Judgment filed by plaintiffs Board of Trustees of the California Ironworkers Field Pension Trust, Board of Trustees of the California Ironworkers Field Welfare Trust, Board of Trustees of the California Field Ironworkers Vacation Trust Fund, Board of Trustees of the California Field Ironworks Apprenticeship Training and Journeyman Retraining Fund, Board of Trustees of the California and Vicinity Field Ironworkers Annuity Trust Fund, Board of Trustees of the California Field Ironworkers Administrative Trust, Board of Trustees of the California Field Ironworkers Labor Management Cooperative Trust Fund, Board of Trustees of the Ironworkers Workers' Compensation Trust, and Board of Trustees of the Ironworker Management Progressive Action Cooperative Trust (collectively "Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs shall have judgment entered in their favor against Precision Steel – Post Tension, LLC ("Defendant") for unpaid contributions of $1,428.45, liquidated damages of $954.09, prejudgment interest of $93.16, attorneys' fees pursuant to the formula provided in Local Rule 55-3 of $547.57, and costs of $1,025.00, for a total monetary judgment against Defendant of $4,048.27; and

2. Plaintiffs shall recover from Defendant postjudgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: September 9, 2019

                                                                  Percy Anderson
UNITED STATES DISTRICT JUDGE